## WADE *v.* MUSSLEMAN.

APPEAL from the *Cass* Court of Common Pleas.

*Per Curiam.*—Suit upon a note. Answer, without oath, denying the execution of the note. Demurrer to the answer sustained, and final judgment for the plaintiff.

The answer made a good issue, but did not put the plaintiff upon proof of the execution of the note. The demurrer to it was erroneously sustained.

The judgment is reversed with costs. Cause remanded, &c.

*D. D. Dykeman*, for the appellant.

*E. Walker*, for the appellee.